# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **MAHARISHI FOUNDATION USA, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEIF BJELLAND and TRANSCEND TODAY, INC.**<br><br>**Defendant** | Case No.  4:25-cv-00515-SMR-SBJ<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** |

Plaintiff, Maharishi Foundation USA, Inc., by and through counsel, hereby enters this Notice of Dismissal of all claims asserted against Defendants Leif Bjelland and Transcend Today, Inc. This Notice of Dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as no Answer has been filed by either Defendant.

Plaintiff requests that the claims be dismissed with prejudice and the case be closed.

/s/ Molly M. Parker
MOLLY P. PARKER            AT0012335
SHUTTLEWORTH & INGERSOLL, PLC
235 6th Street SE
Cedar Rapids, IA  52401
Phone:        319-365-9461
Fax:          319-365-8443
Email:        mmp@shuttleworthlaw.com
ATTORNEYS FOR PLAINTIFF